TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00012-CV

Ex Parte: L. M., Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-15,956, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 L. M. appealed from the trial-court order denying relief on writ of habeas corpus in which
she raised several grounds asserting that her pretrial detention was illegal. Appellant chose to proceed to
trial in the underlying cause on its scheduled date. The trial has concluded, and the appeal is docketed as
our cause 03-97-00334-CV. Appellant's continued detention is now pursuant to the trial court's final
disposition order, and a pretrial release no longer possible. This appeal is moot.

 Accordingly, we dismiss the appeal as moot.

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed as Moot

Filed: September 11, 1997

Do Not Publish